ELLEN LONDON (Cal. Bar. No. 325580)
elondon@londonnaor.com
RACHEL NAOR (Cal. Bar. No. 284966)
rnaor@londonnaor.com
LONDON & NAOR P.C.
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Telephone: (415) 862-8485
Facsimile: (415) 862-8487

*Attorneys for Defendant* PHOEBE GUTIERREZ
and CAMINO STRATEGY GROUP, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIVIAN HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAMINO STRATEGY GROUP, LLC, a California limited liability company; SINGLE AIM, LLC d/b/a SINGLE AIM HEALTH, a Delaware limited liability company, PHOEBE GUTIERREZ, an individual, and KRISTYANN BONDI, an individual, <br><br> Defendants. | Case No. 3:25-cv-03195-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING ON MOTION TO DISMISS** <br><br> Judge: Honorable Charles R. Breyer |

Plaintiff Zivian Health, Inc. ("Plaintiff"), and Defendants Camino Strategy Group, LLC, Single Aim, LLC, Phoebe Gutierrez, and Kristyann Bond ("Defendants") (jointly the "Parties"), through their respective counsel, hereby submit this stipulated joint request and stipulate as follows:

WHEREAS, on June 5, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint (the "Motion");

WHEREAS, the hearing on the Motion is currently scheduled for September 19, 2025, at 10:00 AM;

WHEREAS, the Parties have reached a resolution of this matter and therefore stipulate to vacate the hearing on the Motion.

NOW THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and respectfully request that the Court vacate the hearing on the Motion.

IT IS SO STIPULATED.

DATED: August 19, 2025    HANSON BRIDGETT LLP
              MALLOY & MALLOY, P.L.

By: /s/ *Jonathan Woodard*
   MATTHEW F. MILLER
   RAFFI V. ZEROUNIAN
   JONATHAN WOODARD (pro hac vice)
   CLEO SUERO (pro hac vice)
   Attorneys for Plaintiff ZIVIAN HEALTH, INC.

DATED: August 19, 2025    GARRELL COHON KENNEDY LLP

By: /s/ *Jeffrey Cohon*
   JEFFREY M. COHON
   *Attorneys for Defendant*
   KRISTYANN BONDI

**STIPULATION AND [PROPOSED] ORDER TO
VACATE HEARING ON MOTION TO DISMISS**

DATED: August 19, 2025                LONDON & NAOR PC


By: /s/ *Rachel Naor*
       RACHEL NAOR
       *Attorneys for Defendants*
       CAMINO STRATEGY GROUP, LLC, AND
       PHOEBE GUTIERREZ


DATED: August 19, 2025                BAY OAK LAW


By:   /s/ *Andrew Jacobson*
       ANDREW JACOBSON
       *Attorneys for Defendants*
       SINGLE AIM, LLC

---

3

**STIPULATION AND [PROPOSED] ORDER TO
VACATE HEARING ON MOTION TO DISMISS**

**<u>Attestation of Concurrence</u>**

I, Rachel A. Naor, as the ECF user and filer of this document, attest that, pursuant to General Order 45(X)(B), concurrence in the filing of this document has been obtained from all signatories.


Date: August 19, 2025                                    /s/ *Rachel Naor*
                                                                          Rachel A. Naor

---

**STIPULATION AND [PROPOSED] ORDER TO**
**VACATE HEARING ON MOTION TO DISMISS**

**[PROPOSED] ORDER**

Pursuant to the stipulation, the hearing on Defendants' Motion to Dismiss currently scheduled for September 19, 2025 is vacated.

IT IS SO ORDERED.

Date: _____, 2025          _____

Honorable Charles R. Breyer