1  HANSON BRIDGETT LLP
   MATTHEW MILLER, SBN 172661
2  mmiller@hansonbridgett.com
   RAFFI V. ZEROUNIAN, SBN 236388
3  rzerounian@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  MALLOY & MALLOY, P.L.
   Jonathan Woodard (*pro hac vice*)
7  jwoodard@malloylaw.com
   Oliver Ruiz (*pro hac vice forthcoming*)
8  oruiz@malloylaw.com
   Cleo Suero (*pro hac vice*)
9  csuero@malloylaw.com
   2800 S.W. 3rd Avenue
10 Miami, Florida 33129
   Telephone:    (305) 858-8000

*Attorneys for Plaintiff* ZIVIAN HEALTH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIVIAN HEALTH, INC., | Case No. 3:25-cv-03195-CRB |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER** |
| v. | |
| CAMINO STRATEGY GROUP, LLC, a limited liability company, SINGLE AIM, LLC, a limited liability company, PHOEBE GUTIERREZ, an individual, and KRISTYANN BONDI, an individual, | Judge: Honorable Charles R. Breyer |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ZIVIAN HEALTH, INC., and Defendants, CAMINO STRATEGY GROUP, LLC, SINGLE AIM, LLC, PHOEBE GUTIERREZ and KRISTYANN BONDI, hereby stipulate under Federal Rule of Civil Procedure (FRCP) 41(a)(1)(A)(ii) that this action is dismissed, with prejudice,

with each party to bear its own attorneys' fees and costs.

DATED: September 16, 2025					HANSON BRIDGETT LLP

							By:	/s/ *Raffi Zerounian*
								Raffi Zerounian
								*Attorney for Plaintiff*
								ZIVIAN HEALTH, INC.

DATED: September 16, 2025					MALLOY & MALLOY, P.L.

							By:	/s/ *Jonathan Woodard*
								Jonathan Woodard (*pro hac vice*)
								Cleo Suero (*pro hac vice*)
								*Attorneys for Plaintiff*
								ZIVIAN HEALTH, INC.

DATED: September 16, 2025

							LONDON & NAOR P.C.

							By:	/s/ *Rachel A. Naor*
								Rachel A. Naor
								*Attorney for Defendants*
								CAMINO STRATEGY GROUP,
								LLC, AND PHOEBE GUTIERREZ

DATED: September 16, 2025

							BAY OAK LAW FIRM

							By:	/s/ *Andrew Jacobson*
								Andrew Jacobson

								*Attorney for Defendant*
								SINGLE AIM, LLC


							GARRELL COHON KENNEDY LLP

DATED: September 16, 2025				By:	/s/ *Jeffrey M. Cohon*
								Jeffrey M. Cohon

								*Attorney for Defendant*
								KRISTYANN BONDI

2  
Case No. 3:25-cv-03195-CRB  
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

22169734.1

**ATTESTATION OF CONCURRENCE**

I, Raffi V. Zerounian, as the ECF user and filer of this document, attest that pursuant to General Order 45(X)(B), concurrence in the filing of this document has been obtained from all signatories.

Date: September 17, 2025

*/s/ Raffi V. Zerounian*
Raffi V. Zerounian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ZIVIAN HEALTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CAMINO STRATEGY GROUP, LLC, a limited liability company; SINGLE AIM, LLC, a limited liability company, PHOEBE GUTIERREZ, an individual, and KRISTYANN BONDI, an individual,<br><br>Defendants. | Case No. 3:25-cv-03195-CRB<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: Honorable Charles R. Breyer |

Pursuant to the Joint Stipulation of Dismissal under Federal Rule of Civil Procedure (FRCP) 41(a)(1)(A)(ii), it is Ordered that this action be, and hereby is, dismissed, with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: __September 18, 2025__, 2025

_____
Honorable Charles R. Breyer